**Ikechi Kallys ALBERT, Appellant,**

v.

**DAKOTA COMMUNITIES, INC.; Kevin Hondl, White Male, Program Director; Lori Kingston, White Female, Vice President of Human Resources; Lisa Math, White Female, Program Director; Elizabeth Warner, White Female, Employee, Appellees.**

No. 08–1711.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 20, 2009.

Filed: Aug. 28, 2009.

Ikechi Kallys Albert, Minneapolis, MN, pro se.

Mary K. Martin, Martin Law Office, South St. Paul, MN, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Ikechi Kallys Albert appeals the district court's [1] adverse grant of summary judgment in his action asserting employment discrimination, retaliation, and state law claims. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Albert, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude summary judgment was proper for the reasons stated by the district court. Accordingly, we deny Albert's pending motions and we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.